```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

ELSIE GILFORD,                          :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :   CIVIL ACTION 16-290-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
    Defendant.                          :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Elsie Gilford and against Defendant Carolyn W. Colvin.

DONE this 21st day of December, 2016.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE